IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 4:12-CR-66 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **ANDRE PIERRE EASON** and | : | |
| **DELILAH JANE CROUSE** | : | |

## ORDER

The United States of America, having petitioned this court for an order vacating the Final Order of Forfeiture only as to the following firearms, and this court being fully advised as to the circumstances of this case, it is hereby ORDERED that the Final Order of Forfeiture is vacated only as to the following firearms:

1. Item a: Hi-Point .45 caliber semi-automatic pistol, Serial No. X420582 and magazine containing .45 ammunition;

2. Item b: Norinco Model 320 9mm semi-automatic Uzi-style rifle with wood thumbhole stock, Serial No. MSA08929;

3. Item c: Taurus .375 caliber revolver Serial No. DR211633;

4. Item d: Taurus .45 ACP caliber semi-automatic pistol, loaded with six .45 ACP rounds, Serial No. NDM32941; and

5. Item e: Romarm 7.62 caliber assault-type rifle, Serial No. KX-4720-80 and two 30-round capacity magazines loaded with 60 rounds of 7.62 ammunition.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania